UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case No. 23-CV-3121 |
| Plaintiff, | ECF Case |
| - against - | **DEFENDANTS FISHER CAPITAL LLC AND AMS CONSULTING LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| FISHER CAPITAL LLC, AMS CONSULTING SOLUTIONS LLC, and ALEXANDER SPELLANE a/k/a "Alexander Overlie," | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Fisher Capital LLC and AMS Consulting Solutions LLC submit the following corporate disclosure statement:

Fisher Capital LLC is a wholly owned subsidiary of Brookfield Holdings LLC. Brookfield Holdings LLC has no parent corporation, and no publicly held corporation owns 10% or more of its stock. AMS Consulting LLC has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 26, 2023

                                      Respectfully submitted,

                                      DAVIS WRIGHT TREMAINE LLP

                                      By: _____
                                            Alexander F. Porter

                                      Alexander F. Porter (*pro hac vice* motion forthcoming)
                                      Marcy Blattner Micale (*pro hac vice* motion forthcoming)
                                      865 South Figueroa Street, 24th Floor
                                      Los Angeles, CA 90017
                                      (213) 633-6800 Phone
                                      (213) 633-6899 Fax

alexporter@dwt.com
marcymicale@dwt.com

Gaurav K. Talwar
Kimberly Saindon
1251 Avenue of the Americas, 21st Floor
New York, NY  10020
(212) 489-8230 Phone
(212) 489-8340 Fax
gtalwar@dwt.com
kimsaindon@dwt.com

*Attorneys for Defendants*