UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

         - against -

FISHER CAPITAL LLC, AMS CONSULTING
SOLUTIONS LLC, and ALEXANDER
SPELLANE a/k/a "Alexander Overlie",

                Defendants.

------------------------------------------------------------x

Case No. 23-CV-3121

Hon. Carol Bagley Amon

## NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that upon the pleadings in this action and all prior proceedings had herein, defendants Fisher Capital LLC, AMS Consulting Solutions LLC, and Alexander Spellane (collectively, "Defendants"), will move this Court on December 1, 2023, before the Honorable Carol Bagley Amon, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and 28 U.S.C. § 1404(a), for dismissal of the Complaint (Dkt. 1) for failure to state a claim for relief, with prejudice, and to transfer venue to the Central District of California, and granting Defendants such other relief that this Court deems just and proper.

Dated: September 15, 2023

Respectfully submitted,


By: */s/ Alexander F. Porter*
DAVIS WRIGHT TREMAINE LLP
Alexander F. Porter
(admitted *pro hac vice*)
Marcy Blattner Micale
(admitted *pro hac vice*)
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
alexporter@dwt.com
marcymicale@dwt.com

Gaurav K. Talwar
1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
gtalwar@dwt.com

*Attorneys for Defendants*
Fisher Capital LLC,
AMS Consulting Solutions LLC, and
Alexander Spellane