

Suite 2400
865 South Figueroa Street
Los Angeles, CA  90017-2566

**Alexander F. Porter**
213.633.6876 tel
213.633.6899 fax

alexporter@dwt.com

November 14, 2023

**BY FEDEX & ECF**

Hon. Carol Bagley Amon
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *Commodity Futures Trading Commission v. Fisher Capital LLC, et al.*, **1:23-cv-03121-CBA-PK**

Dear Judge Amon:

On behalf of defendants Fisher Capital LLC, AMS Consulting Solutions LLC, and Alexander Spellane (collectively "Defendants") in the above-captioned action and pursuant to the Individual Motion Practices and Rules of Judge Carol Bagley Amon, Rule 3(D)(ii), please find attached Defendants' fully-briefed motions to (i) dismiss the Complaint (ECF No. 1) and (ii) to transfer this action from the Eastern District of New York to the Central District of California and all supporting and opposing papers, including:

1. Notice of Motions to Dismiss and Transfer Venue, dated September 15, 2023, ECF No. 25

2. Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated September 15, 2023, ECF No. 26

3. Memorandum of Law in Support of Defendants' Motion to Transfer Venue, dated September 15, 2023, ECF No. 27

4. Request for Judicial Notice and Incorporation by Reference, dated September 15, 2023, ECF No. 28

5. Declaration of Alexander F. Porter in support of Defendants' Motion to Dismiss, dated September 15, 2023, attaching Exhibits A-F, ECF Nos. 30, 30-1-30-6

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Hon. Carol Bagley Amon
November 14, 2023
Page 2

6. Declaration of Alexander Spellane in support of Defendants' Motion to Transfer Venue and Motion to Dismiss the Complaint, dated September 14, 2023 attaching Exhibits 1-2, ECF Nos. 31, 31-1-2

7. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Transfer Venue and Motion to Dismiss, dated October 27, 2023, ECF No. 29

8. Declaration of Alben Weinstein, dated October 27, 2023, attaching Exhibits 1-6, ECF Nos. 29-1-7

9. Defendants' Reply Memorandum of Law in Support of its Motion to Dismiss, dated November 13, 2023, ECF No. 32

10. Defendants' Reply Memorandum of Law in Support of its Motion to Transfer Venue, dated Novembre 13, 2023, ECF No. 33

Additionally, pursuant to Rule 3(D)(ii), a copy of this letter will be filed by ECF to the docket.

Respectfully submitted,

Davis Wright Tremaine LLP

Alexander F. Porter
(admitted *pro hac vice*)

cc:

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
(Via ECF)

Counsel of record via ECF