UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>FISHER CAPITAL LLC, AMS CONSULTING SOLUTIONS LLC, and ALEXANDER SPELLANE a/k/a "Alexander Overlie",<br><br>        Defendants. | Case No. 23-CV-3121-CBA-PK<br><br>Hon. Carol Bagley Amon |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Eastern District of New York, David W. MacGregor, who entered his appearance on behalf of Plaintiff, Commodity Futures Trading Commission, in the above-captioned action, hereby withdraws his appearance and requests that he be removed from the CM/ECF noticing list and any other service lists. Mr. MacGregor has resigned from the Commission.

All other attorneys who previously entered their appearances on behalf of the Plaintiff will continue to serve as counsel of record to the Commodity Futures Trading Commission in the above-captioned matter.

Dated:   April 11, 2025

              ATTORNEY FOR PLAINTIFF COMMODITY FUTURES
              TRADING COMMISSION

               /s/David W. MacGregor
               David W. MacGregor
               Chief Trial Attorney
               Commodity Futures Trading Commission
               Division of Enforcement
               290 Broadway 6th Floor
               New York, NY 10007
               646-746-9762