UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>FISHER CAPITAL LLC, AMS CONSULTING SOLUTIONS LLC, and ALEXANDER SPELLANE a/k/a "Alexander Overlie",<br><br>     Defendants. | Case No. 23-cv-3121<br><br>Hon. Carol Bagley Amon |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Eastern District of New York, Katherine Rasor, who entered her appearance on behalf of Plaintiff, Commodity Futures Trading Commission (CFTC), in the above captioned action, hereby withdraws her appearance and requests that she be removed from the CM/ECF noticing list and any other service lists. Ms. Rasor's last day with the CFTC is today, April 11, 2025.

All other attorneys who previously entered their appearances on behalf of the Plaintiff will continue to serve as counsel of record to the Commodity Futures Trading Commission in the above-captioned matter.

Dated:   April 11, 2025

              ATTORNEY FOR PLAINTIFF COMMODITY FUTURES TRADING COMMISSION

              /s/ *Katherine Rasor*
              Katherine Rasor
              Trial Attorney
              Commodity Futures Trading Commission

Division of Enforcement
290 Broadway, 6th Floor
New York, NY 10007
(646) 746-9751