# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | | |
|---|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:23-cv-03121-CBA-PK |
| FISHER CAPITAL LLC, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Fisher Capital LLC, AMS Consulting Solutions LLC, and Alexander Spellane.

Date: 05/13/2025

*Attorney's signature*

Ashley Amell  SBN 347334
*Printed name and bar number*

315 W. 9th Street, Suite 1200
Los Angeles, CA 90015

*Address*

ashley.amell@zfzlaw.com
*E-mail address*

(213) 266-5170
*Telephone number*

(213) 582-8414
*FAX number*