# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> FISHER CAPITAL LLC, AMS CONSULTING SOLUTIONS LLC, and ALEXANDER SPELLANE a/k/a "Alexander Overlie", <br><br> Defendants. | Case No. 23-CV-3121-CBA-PK |

## PLAINTIFF CFTC'S UNOPPOSED MOTION FOR STAY OF DEADLINES

Plaintiff Commodity Futures Trading Commission ("CFTC") requests that this Court stay the deadlines in this action during the current government shutdown.

The Federal Government is presently shut down, and all non-essential employees, including undersigned counsel, are being furloughed and prohibited by law from performing actions related to their employment. *See* 31 U.S.C. § 1341 ("Anti-deficiency Act").

The CFTC is taking steps to effectuate the shutdown, but also to ensure (a) that it complies with all of its obligations before this Court; and (b) that it does not violate the Anti-deficiency Act. Accordingly, the CFTC requests that the Court stay all deadlines in this action until such time as undersigned counsel's employment status is reinstated. Upon reinstatement of the employment status of the undersigned counsel, the CFTC shall seek to lift the stay and, in consultation with counsel for Defendants, request the Court set new deadlines as necessary.

Counsel for CFTC certify that they conferred with counsel for Defendants and that counsel indicated that they do not oppose this motion.

Dated: October 1, 2025

By: *s/Alyson Cohen*

Alyson Cohen
Jacob Mermelstein
Commodity Futures Trading Commission
290 Broadway, 6th Floor
New York, NY 10007
acohen@cftc.gov