

COMMODITY FUTURES TRADING COMMISSION
290 Broadway, Suite 600
New York, NY 10007
Telephone: (646) 746-9700
www.cftc.gov

Division Of Enforcement

January 7, 2026

<u>**VIA CM/ECF**</u>

Hon. Peggy Kuo
United States Magistrate Judge
United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Commodity Futures Trading Commission v. Fisher Capital, LLC et al.*,
        1:23-cv-3121-CBA-PK

Dear Judge Kuo:

    Pursuant to the Court's Order dated November 19, 2025, Plaintiff Commodity Futures Trading Commission ("Commission") and Defendants Fisher Capital, LLC, *et al.,* jointly write to update the court on the progress of the parties' settlement discussions and the status of discovery.

    As described in the parties' September 23, 2025 letter to the Court, Plaintiff's Division of Enforcement ("Division") and Defendants had previously reached an agreement in principle to fully resolve all issues of liability and relief. Shortly thereafter, a government shutdown occurred from October 1, 2025 through November 12, 2025 due to a lapse in appropriations. During the shutdown, all non-excepted employees of the Commission, including undersigned counsel, were furloughed and prohibited by law from performing non-emergency actions related to their employment. On November 18, 2025, shortly after the conclusion of the shutdown, Defense counsel informed Commission counsel that the parties no longer had an agreement in principle regarding settlement of this case. Since that time, the parties have continued to engage in active negotiations regarding the terms of a settlement of this case, and those discussions remain ongoing.

    Substantial discovery has been completed to date. Both parties have made voluminous document productions, and documentary discovery from the parties is largely complete. The parties have each also responded to each others' interrogatories. In the event that a settlement cannot be reached expeditiously, the parties anticipate proceeding with party and non-party depositions. Accordingly, the parties propose providing the Court a status report by January 30, 2026, indicating the parties have reached a settlement agreement (subject to and pending

Commission approval) or a proposed schedule to complete discovery and summary judgment briefing.

                                      Respectfully submitted,

                                      */s/ Jacob Mermelstein*
                                      Jacob Mermelstein
                                      Alyson Cohen
                                      COMMODITY FUTURES TRADING COMMISSION
                                      *Attorneys for Plaintiff*


                                      */s/ Lillian Chu*
                                      Lillian Chu
                                      Forta Law

                                      Michael Schachter
                                      Gessin Schachter LLP
                                      *Attorneys for Defendants*