

**COMMODITY FUTURES TRADING COMMISSION**
290 Broadway, Suite 600
New York, NY 10007
Telephone: (646) 746-9700
www.cftc.gov

Division Of Enforcement

March 26, 2026

***VIA CM/ECF***

Hon. Peggy Kuo
United States Magistrate Judge
United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** ***Commodity Futures Trading Commission v. Fisher Capital, LLC et al.*,**
> **1:23-cv-3121-CBA-PK**

Dear Judge Kuo:

Pursuant to the Court's Order dated March 19, 2026, Plaintiff Commodity Futures Trading Commission (the "Commission" or "CFTC") and Defendants Fisher Capital, LLC, *et al.* (the "Defendants")*,* jointly write to supplement their joint motion for extension of time to complete discovery with a proposed schedule for all remaining depositions.

The parties have conferred and propose the joint schedule below.

| Witness | Date | Location | Noticing Party |
|---|---|---|---|
| Defendant Alexander Spellane | April 6, 2026[*] | In Person in Los Angeles, California | CFTC |
| Adele Krichbaum | April 30, 2026 | Remote | CFTC |
| Benton Morris[†] | May 11, 2026 | In Person in Washington State | Defendants |
| Rachel Gilpin | May 12, 2026 | In Person in Washington State | Cross-Noticed |
| Russell Wenzel | May 19, 2026 | Remote | CFTC |

---

[*] Mr. Spellane's deposition was previously scheduled for March 30, 2026.  However, Defendants' counsel informed CFTC counsel on March 25, 2026 that Mr. Spellane was hospitalized on March 23, 2026, and discharged on March 25, 2026 and that upon discharge, he was prescribed, *inter alia*, a strong pain medication that may continue to impair his cognitive function through the originally scheduled deposition date.  The parties have therefore agreed to reschedule the deposition for April 6, 2026.

[†] The CFTC reserves the right to move to quash this deposition.

| Nicholas Durst | June 3, 2026 | In Person in Los Angeles, California | Cross-Noticed |
|---|---|---|---|
| Donovan Strydom | June 4, 2026 | In Person in Los Angeles, California | Cross-Noticed |
| Fisher Capital, LLC pursuant to Federal Rule of Civil Procedure 30(b)(6) | June 5, 2026 | In Person in Los Angeles, California | CFTC |
| Justus Bieber | June 16 2026 | Remote | CFTC |

While the parties will work in good faith to keep the scheduled dates for the depositions, competing Court deadlines may require rescheduling. Both of the undersigned Commission counsel also represent the Commission in *CFTC v. Gorman,* 21-cv-870 (S.D.N.Y.). Depositions in that case must be completed by May 29, 2026, and the parties and third-party witnesses in that case (including multiple witnesses who will be traveling from abroad) are currently negotiating a schedule of depositions in that case. Also, Lillian Chu (counsel for Defendants) has a federal criminal trial, expected to last three weeks, scheduled for April 28, 2026 (*United States v. Dinh*, 23-CR-131-JVS). A competency motion is pending in that case, and the Court has stated it will reset the trial date when that motion is resolved. To the extent that these obligations interfere with the above dates, the parties will confer in good faith to attempt to resolve.

The parties will also confer in good faith if they need to cancel or notice additional depositions based on how discovery progresses.

For the reasons set forth herein and in the joint motion, the parties respectfully submit that good cause exists to extend the discovery deadlines, as reflected in the revised Proposed Discovery Plan / Scheduling Order [Dkt. 69-1].

Respectfully submitted,


*/s/ Jacob Mermelstein*
Jacob Mermelstein
Alyson Cohen
COMMODITY FUTURES TRADING
COMMISSION
*Attorneys for Plaintiff*

<u>*/s/ Lillian Chu*</u>
Lillian Chu
Forta Law

Michael Schachter
Gessin Schachter LLP
*Attorneys for Defendants*