Case Name: Commodity Futures Trading Commission v. Fisher Capital, LLC et al.  Case Number: 23-CV-3121 (CBA)(PK)

## PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A.  ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | | | 8/15/2024 |
| 2.  Rule 26(a)(1) disclosures exchanged | | | 8/20/2024 |
| 3.  Requested: | | | |
|     a.  Medical records authorization | | x | |
|     b.  Section 160.50 releases for arrest records | | x | |
|     c.  Identification of John Doe/Jane Doe defendants | | x | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | x | | |
| 5.  Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | x | | |
| **B.  SETTLEMENT PLAN** | | | |
| 1.  Plaintiff to make settlement demand | x | | |
| 2.  Defendant to make settlement offer | x | | |
| 3.  Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | x | |
| 4.  Settlement Conference (proposed date) | | | 12/21/2026 |
| **C.  PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties or amend pleadings | | x | |
| 2.  Initial documents requests and interrogatories | | x | |
| 3.  All fact discovery to be completed (including disclosure of medical records) | | | 8/14/2026 |
| 4.  Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 8/14/2026 |

Rev. 11-03-20

| 5. Expert discovery (only if needed) | | | *Check here if not applicable* ☐ |
|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | Precious metals, numismatics, valuation | | |
| Defendant expert proposed field(s) of expertise: | Precious metals, numismatics, materiality, damages | | |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a. Affirmative expert reports due | | | 10/9/2026 |
| b. Rebuttal expert reports due | | | 11/13/2026 |
| c. Depositions of experts to be completed | | | 12/14/2026 |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | 12/14/2026 |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 12/14/2026 |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 12/14/2026 |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 1/4/2027 |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

## E.  *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | x | | |
| a. Response due | x | | |
| b. Reply due | x | | |
| 2. Motion for Rule 23 class certification | x | | |
| a. Response due | x | | |
| b. Reply due | x | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____          _____

**PEGGY KUO**                                                    **Date**
United States Magistrate Judge

Rev. 11-03-20