**COMMODITY FUTURES TRADING COMMISSION**
290 Broadway, Suite 600
New York, NY 10007
Telephone: (646) 746-9700
www.cftc.gov

Division Of Enforcement

November 12, 2026

***VIA CM/ECF***

Hon. Peggy Kuo
United States Magistrate Judge
United States Courthouse, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Commodity Futures Trading Commission v. Fisher Capital, LLC et al.*, 1:23-cv-3121-CBA-PK**

Dear Judge Kuo:

We represent the Plaintiff Commodity Futures Trading Commission ("Commission") in the above-captioned action. Pursuant to the Court's October 27, 2026 Order, we write to provide the Court with an update on the status of this action and the anticipated next steps following Defendant Alexander Spellane's death on August 10, 2026.

Counsel of record for all the Defendants—Fisher Capital LLC, AMS Consulting Solutions LLC and Mr. Spellane (deceased)—has informed the Commission that counsel has no authority to act for any of the Defendants and intends to file a motion to withdraw as counsel. Accordingly, the Commission has been unable to resume settlement discussions with counsel since Mr. Spellane's death.[1]

Mr. Spellane's probate action remains ongoing in Los Angeles County Superior Court; however, a general administrator of the estate has not yet been appointed. By September 1 and 10, 2026 orders, the probate court granted Letters of Special Administration to Nicholas Scott, Fisher Capital's interim CEO. The letters granted Mr. Scott limited, temporary authority to preserve the estate's assets pending the appointment of a general administrator. On November 19, 2026, the probate court is scheduled to hear a petition by one of Mr. Spellane's relatives who is seeking appointment as general administrator of the estate. In the event a general administrator is

[1] As a reminder, the parties informed the Court on June 9, 2026 that the Commission's Division of Enforcement ("Division") and Defendants had reached an agreement in principle to fully resolve this case (Dkt. 74). On August 10, 2026, the parties further informed the Court that the Division and Defendants had reached agreement on the final settlement terms that the Division was to recommend to the Commission for its approval. Those terms were reflected in a Proposed Consent Order, which had been executed by Defendants. (Dkt. 78). Mr. Spellane died that same day, before the Proposed Consent Order was approved by the Commission.

appointed, the Commission will promptly contact that individual (or the individual's counsel) to discuss this litigation.

Accordingly, the Commission respectfully requests that, for good cause shown, the Court continue to stay this action for an additional sixty days, until January 13, 2027. The requested extension will allow the Commission time to approach a general administrator of the estate (or the individual's counsel), if and once a general administrator is appointed, or whoever else can act on behalf of some or all the Defendants, about possible settlement and this litigation generally.

Additionally, the Commission proposes to submit an updated status report on or before January 8, 2027.

Respectfully submitted,

*/s/ Jacob Mermelstein*
Jacob Mermelstein
Nicole Buseman
COMMODITY FUTURES TRADING COMMISSION
*Attorneys for Plaintiff*